IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EEE BUSINESS INC., a California corporation, d/b/a EBUSZONE.COM and EBZ EBZ; MING NI SHANG; ALICE WANG, a/k/a LIFENG WANG; NANCY LINKER; MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 09-01888 WHA<br><br>***SUA SPONTE* ORDER OF REFERRAL** |

　　　　Plaintiff Hartford Casualty Insurance Company filed this case on April 30, 2009, and on the same day filed a notice of related cases indicating that plaintiff issued a liability insurance policy to EEE Business Inc., a party in a case currently pending before Judge Jeffrey S. White. Pursuant to Civil Local Rule 3-12(c), the undersigned hereby refers the case to Judge White for the purpose of determining whether this case is related to *Microsoft Corporation v. EEE Business Inc., et al.*, C. 07-01839 (JSW). Pursuant to Civil Local Rules 3-12 and 7-11, any response in opposition to or support of relating the cases must be filed within three business days.

**IT IS SO ORDERED.**

Dated: May 5, 2009.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE