STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
M. COLLEEN RYAN (SBN 258359)
HAYES SCOTT BONINO ELLINGSON, & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone:    650.637.9100
Facsimile:    650.637.8071

Attorneys for Plaintiff
HARTFORD CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EEE BUSINESS INC., a California corporation, d/b/a EBUSZONE.COM and EBZ EBZ; MING NI SHANG; ALICE WANG, a/k/a LIFENG WANG; NANCY LINKER; MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | CASE NO. 3:09-CV-01888 (JSW)<br><br>[PROPOSED] ORDER FOR SERVICE ON DISSOLVED CORPORATION BY SERVICE ON SECRETARY OF STATE<br>[California Corporations Code section 1702]<br><br>Amended Complaint Filed: June 26, 2009 |

### ORDER

IT IS HEREBY ORDERED that summons be served upon EEE, a dissolved domestic corporation, by hand delivering a copy of the summons and a copy of this Order to the Secretary of State or an assistant or deputy Secretary.

Dated: July 29, 2009

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

207561                                                   -11-

**MOTION FOR SERVICE OF SUMMONS ON DISSOLVED CORPORATION BY SERVICE ON SECRETARY OF STATE - CASE NO. 3:09-CV-01888 (JSW)**